# **RETURN OF SERVICE**

| State of Florida | County of Southern District | United States District Court |

Case Number: 11-CV-23948-ALTONGA/SIMONTON

Plaintiff:
**Alexandra H.**
vs.
Defendant:
**Oxford Health Insurance Inc. Freedom Access Plan; and Oxford Health Insurance, Inc.**

For: Maggie M. Smith
DI Law Group

Received by Vause's Process Service on the 9th day of November, 2011 at 11:42 am to be served on **Oxford Health Insurance, Inc. Freedom Access Plan, 48 Monroe Turnpike, Trumbull, CT 06611**. I, ___Eric Rubin___ _____, do hereby affirm that on the __15__ day of __November__, 20_11_ at _2 33P_ .m., executed service by delivering a true copy of the **Summons, Complaint with Exhibits** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

( ) CORPORATE SERVICE: By serving __Maryann Britto__ as __Paralegal__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** _____

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

PROCESS SERVER # __xxxx__
Appointed in accordance with State Statutes

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: 2011010966

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: **11-CV-23948-Altonaga/Simonton**

ALEXANDRA H.,
an individual,

    Plaintiff,

vs.

OXFORD HEALTH INSURANCE INC.,
FREEDOM ACCESS PLAN; AND
OXFORD HEALTH INSURANCE, INC.,
a corporation,

    Defendants.
_____/

## SUMMONS

TO:   **OXFORD HEALTH INSURANCE INC.
FREEDOM ACCESS PLAN**
48 Monroe Turnpike
Trumbull, CT 06611

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY:

ALICIA PAULINO-GRISHAM, ESQUIRE

whose address is: DI LAW GROUP, 4151 Hollywood Blvd., Hollywood, FL 33021, an Answer to the Complaint which is herewith served upon you within twenty-one (21) days after service of this Summons, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

**November 2, 2011**
DATE

Steven M. Larimore
Clerk of Court

s/ Aqua Buddle
Deputy Clerk
U.S. District Courts

Vause's Process Service
850-656-2605
VPS# 10966