UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23948-CIV-ROSENBAUM

ALEXANDRA H.,

    Plaintiff,

vs.

OXFORD HEALTH INSURANCE, INC., *et al.*,

    Defendants.

_____/

**ORDER REQUIRING FURTHER BRIEFING**

This cause is before the Court upon a review of the record. Upon consideration of Defendant's Motion for Reconsideration [D.E. 112], the relevant case law and statutes, and the record in this case, the Court deems it advisable to require further briefing from the parties on the whether New York's external appeal law, N.Y. Ins. Law § 4910, *et seq.*, may be preempted by the Employee Retirement Income Security Act of 1974 ("ERISA"). The parties shall file their briefs with the Court on this issue no later than May 28, 2013.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 6th day of May 2013.

                                                                                                        */s/ Robin S. Rosenbaum*
                                                                                           ROBIN S. ROSENBAUM
                                                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of record